# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: Bardsley   CASE NO: 09-48894

FOR:
- ✓ DEBTOR
- ✓ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: David Bardsley and Tammi Bardsley
ADDRESS: 13321 68th Ave Ct E
Puyallup WA 98373
PHONE: 253-223-4649
EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: David Bardsley and Tammi Bardsley
ADDRESS: 1403 21st ST SE
Puyallup WA 98372
PHONE: 253-223-4649
EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X /s/ David Bardsley
X /s/ Tammi Bardsley

Date: 20 Oct 2014

Rev. 6/28/2012
Change of Address